IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| B.D. PROPERTIES HAWAII, LLC, ) | CV 13-00619 ACK-BMK |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | |
| ) | |
| AXIS SURPLUS INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant(s). ) | |

_____

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 03, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.
DATED: Honolulu, Hawaii, February 25, 2014



_____
Alan C. Kay
Senior United States District Judge

B.D. Properties Hawaii, LLC v. Axis Surplus Ins. Co., Civ. No. 13-00619 ACK-BMK, Order Adopting Magistrate Judge's Findings and Recommendation